UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDYN E. MITCHELL,

      Plaintiff,

    v.                             Case No.:  2:26-cv-00507-SPC-NPM

SGT. J. RODRIGUEZ,

      Defendant,

                                /

## OPINION AND ORDER

Before the Court is Plaintiff Brandyn E. Mitchell's Complaint (Doc. 1). Mitchell is a prisoner of the Florida Department of Corrections (FDOC), and he sues a FDOC official for monetary damages under 42 U.S.C. § 1983. The Court must review the complaint to determine if it is frivolous or malicious, seeks monetary damages from an official immune from such relief, or fails to state a claim. 28 U.S.C. § 1915A.

To state a § 1983 claim, a plaintiff must allege that (1) the defendant deprived him of a right secured under the Constitution or federal law, and (2) the deprivation occurred under color of state law. *Bingham v. Thomas*, 654 F.3d 1171, 1175 (11th Cir. 2011) (citing *Arrington v. Cobb Cnty.*, 139 F.3d 865, 872 (11th Cir. 1998)). In addition, a plaintiff must allege and establish an affirmative causal connection between the defendant's conduct and the

constitutional deprivation. *Marsh v. Butler Cnty., Ala.*, 268 F.3d 1014, 1059 (11th Cir. 2001).

Mitchell's factual allegations are threadbare. He sues Sgt. J. Rodriguez for using profanity and stalking him while on the toilet, and he acknowledges he suffered no injuries. Mitchell seeks $250,000 in punitive damages and a release to a half-way house. The factual allegations of profanity and stalking are not enough to state a claim. "[V]erbal abuse alone is insufficient to state a constitutional claim." *Hernandez v. Fla. Dep't of Corr.*, 281 F. App'x 862, 866 (11th Cir. 2008). And a bare allegation of "stalking" is far too vague to support a cause of action.

Accordingly, Mitchell's Complaint (Doc. 1) is **DISMISSED without prejudice.** The Clerk is **DIRECTED** to send Mitchell a civil rights complaint form. Mitchell may use the form to file an amended complaint within 21 days of this Order. **Otherwise, the Court will enter judgment and close this case without further notice.**

**DONE AND ORDERED** in Fort Myers, Florida on February 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record