**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BRANDYN E. MITCHELL,

     Plaintiff,

v.                                                    Case No. 2:26-cv-00507-SPC-NPM

SGT. J. RODRIGUEZ,

     Defendant.
_____/

## ORDER OF DISMISSAL

This matter comes before the Court on *sua sponte* review of the file. On February 26, 2026, the Court dismissed Plaintiff Brandyn E. Mitchell's complaint without prejudice to him filing an amended complaint within 21 days. (Doc. 2.) The Court warned him that not complying would result in the Court entering judgment and closing the case without further notice. (*Id.*)

To date, Mitchell has neither complied with the Court's Order nor asked for more time to do so. The Court thus dismisses this case without prejudice for failure to prosecute. Because the dismissal is without prejudice, Mitchell may file a new complaint—under a new case number—with the filing fee or complete motion to proceed *in forma pauperis*.

1

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Ft. Myers, Florida, on April 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copy: Brandyn E. Mitchell, *pro se*

2